IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:17–CR–124 |
| vs. | ORDER GRANTING MOTION TO WITHDRAW AND DENYING SENTENCE RELIEF |
| CARLOS CAMPOS-OLEA, | |
| Defendant. | |

This matter is before the Court on the *pro se* Motion to Reduce Sentence filed by Carlos Campos-Olea, Filing 96, and the Motion to Withdraw filed by Federal Public Defender, Mr. David R. Stickman. Filing 98. After Campos-Olea filed his Motion to Reduce Sentence and requested counsel to represent him in this matter, the Office of the Federal Public Defender was appointed to represent Campos-Olea pursuant to General Order No. 2023-09. Filing 97. The purpose of this appointment was to determine whether Campos-Olea qualified "for relief pursuant to either the 2023 U.S. Sentencing Guidelines amendments of U.S.S.G. § 1B1.13 or U.S.S.G. § 1B1.10 providing for the retroactive application of Amendment 821[.]" Filing 97 at 1. On February 20, 2024, Mr. Stickman moved to withdraw as counsel because Campos-Olea "was not assessed any 'status criminal history points' in the Presentence Investigation Report and therefore no sentence reduction on his basis is allowed." Filing 98 at 1. The United States Probation Office also submitted a worksheet in this case which states, "Mr. Campos-Olea does not qualify for the Zero Point offender reduction because he was assessed 3 criminal history points and his instant offense involved a firearm." Filing 99 at 1.

The Court has conducted its own review of Campos-Olea's *pro se* Motion, Filing 96, along with other relevant matters in the record. The Court concludes that Campos-Olea is not entitled to the sentencing relief he seeks. His *pro se* Motion, Filing 96, is therefore without merit and will be

1

denied. The Court likewise concludes that Mr. Stickman's Motion to Withdraw should be granted for the reasons he set forth in his Motion. Accordingly,

IT IS ORDERED:

1. Federal Public Defender David R. Stickman's Motion to Withdraw, Filing 98, is granted; and

2. Carlos Campos-Olea's *pro se* Motion to Reduce Sentence, Filing 96, is denied.

Dated this 28th day of February, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge